IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 12-00133-01-CR-W-HFS |
| CHARLES DANIEL KOSS, | ) ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the record, including Dr. Boutwell's finding, and the report and recommendation (Doc. 64) I adopt the report and recommendation and find defendant competent to stand trial, to represent himself, and to confer with stand-by counsel if he so desires.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

December  11 , 2012

Kansas City, Missouri